**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JOHN DOE I, individually & as
Administrator of the Estate of his
deceased child Baby Doe I, & on
behalf of all others similarly
situated; JANE DOE, I, on behalf of
herself, as Adminstratrix of the
Estate of her deceased child Baby
Doe I, & on behalf of all others
similarly situated; JOHN DOE II;
JOHN DOE III; JOHN DOE IV; JOHN
DOE V; JANE DOE II; JANE DOE III;
JOHN DOE VI; JOHN DOE VII; JOHN
DOE VIII; JOHN DOE IX; JOHN DOE
X; JOHN DOE XI, on behalf of
themselves & all others similarly
situated & Louisa Benson on
behalf of herself & the general
public,
          *Plaintiffs-Appellants,*

        v.

UNOCAL CORPORATION, a California
Corporation; TOTAL S.A., a
Foreign Corporation; JOHN IMLE,
an individual; ROGER C. BEACH, an
individual,
          *Defendants-Appellees.*

Nos. 00-56603
     00-57197

D.C. No.
CV-96-06959-
RSWL

JOHN ROE III; JOHN ROE VII; JOHN ROE VIII; JOHN ROE X,
            *Plaintiffs-Appellants,*

v.

UNOCAL CORPORATION; UNION OIL COMPANY OF CALIFORNIA,
            *Defendants-Appellees.*

Nos. 00-56628
00-57195

D.C. No.
CV-96-06112-
RSWL

ORDER

Filed April 13, 2005

Before: Mary M. Schroeder, Chief Judge, Stephen Reinhardt, Alex Kozinski, Pamela Ann Rymer, Thomas G. Nelson, A. Wallace Tashima, Susan P. Graber, M. Margaret McKeown, William A. Fletcher, Raymond C. Fisher, and Johnnie B. Rawlinson, Circuit Judges.

## ORDER

The parties' stipulated motion to dismiss is GRANTED. The appeals (00-56603, 00-56628, 00-57195, and 00-57197) are dismissed with prejudice. Each party is to bear its own costs.

The Appellants' Unopposed Motion to Vacate District Court Opinion, a motion in which Appellees join, is GRANTED. The district court opinion in *Doe v. Unocal Corp.*, 110 F.Supp.2d 1294 (C.D. Cal. 2000), is VACATED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.